AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MAY 13 2011

| | |
|---|---|
| United States of America<br>v.<br>Jesse Curtis Morton<br>also known as<br>Younus Abdullah Mohammad | ) ) ) ) ) ) )  Case No. 1:11 mj 386 |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2010__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) and 2 | Communicating threats |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Paula R. Menges, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __05/13/2011__

/s/Thomas Rawles Jones, Jr.
Judge's signature

City and state: __Alexandria, Virginia__

Thomas Rawles Jones, Jr., U.S. Magistrate Judge
Printed name and title