AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 01-12cr35 |
| Jesse Curtis Morton | ) | |
| | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
FEB - 9 2012

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2\9\12

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

James Hundley
*Printed name of defendant's attorney*

/s/
Liam O'Grady *'s signature*
**United States District Judge**
Liam O'Grady, United States District Judge
*Judge's printed name and title*