# Off with the Head –onto the Hands: Expanding the Scope of Islam's War on Terror – Younus Abdullah Muhammad

*"While we were sitting around the Messenger of Allah (SAWS) writing, he was asked a question: "Which one of the two cities will be conquered first, Constantinople or Rome?" The messenger of Allah (SAWS) replied, "The city of Heraclius (i.e. Constantinople) will be conquered first.[1]"*

For 800 years Muslims tried to conquer Constantinople, the great walled city of which Napoleon said, "If the world was one kingdom, there will be no better city befitting to be its capital" and the home of the Byzantine Empire. It was only after Muhammad Al-Fateh (the Conqueror) fulfilled the prophesy in 1453 A.D. that the statement of the Prophet Muhammad (SAWS) was fulfilled. Today we await the conquering of Rome. Certainly its fulfillment will be realized as well as it is reported that the Prophet (SAWS) said, "Allah draws the ends of the world near one another for my sake. And I have seen its eastern and western ends. And the dominion of my Ummah would reach its ends which have been drawn near me.[2]" Today we witness the continuation of the struggle to establish these ends and after the utter dismantlement of the dignity of the ummah, the abolishment of the Caliphate system, and the subsequent fulfilling of the Prophet's (SAWS) prophesy that Muslims would exist "numerous at that time but like froth and scum carried down by a torrent of water,[3]" at least prior to the renaissance leading to the spread of the deen from East to West.

    The revival of Islam came after a declination that continues to permit the near entire occupation and confiscation of religion, life, and resource in the Muslim world. The effects of this occupation are all over today. However, they are withering and the world is on the threshold of an Islamic Awakening largely because Osama bin Laden and the mujahedeen hit the root of the affliction, targeted America on its own lands, and cut off the head of disbelief thereby reviving the jihad that will inevitably lead to the conquest of Rome. While much criticism came from several sectors of the Muslim ideological perspective with regard to the 9-11 raids, it is becoming apparent that the actual intention behind the attacks, to lure the United States into an imperialist war that would one-day bankrupt the superpower, has been achieved. The strategy was genius. The consequences were, for the most part, positive and the results even better than expected. Today America is a shadow of its former self and the head is suffering from a concussion. Tomorrow the struggle must exploit these results and advance the jihad to a progressive stage.

    Sheikh Osama Bin Laden (HA) set forth his initial justification for cutting off the head of the disbelievers in a lengthy sermon delivered in 1996 that concentrated on highlighting the atrocities committed by the Saudi regime and their role as agent of the U.S.-Israeli Alliance in allowing U.S. troops onto Saudi soil. In it, he utilized the principle of warding off the greater evil as expressed in Ibn Tayymia's elaborate writings on the subject of repelling the tyrant aggressor and called for "concentration on hitting the main enemy who has thrust the nation into whirlpools and labyrinths for decades since dividing it into states and statelets," and declaring that, "It is no secret that warding off the American enemy is the top duty after faith, and nothing should take priority over

---

[1] Saheeh: Collected by Ahmad and Daarimi and narrated by Abu Qubail from Abdullah bin Amr ibn Al-As
[2] Collected by Muslim, Abu Dawood, Timidhi and Ibn Majah
[3] See the entire hadith on the authority of Thawbaan in Dawood and Ahmad

it.[4]" This sense of direction was the first example of Bin Laden emphasizing his belief that the mujahedeen were capable of destroying the only empire left standing after their defeat of the USSR only a few years earlier.

There was much criticism within the Islamic nation during this time and indeed much criticism continues today but efforts were increased to advance this ideology and convince the noble sons and daughters of the ummah that the approach would work. In an interview in 1997 with reporter Gwyn Robert he declared, "I confirm that all the youth and the whole nation should concentrate their efforts on the Americans and the Zionists because they are the head of the spear that has been pointed at the nation and delivered into the nation's heart, and that every effort concentrated on the Americans and the Zionists will bring good, direct, and positive results. Therefore, if someone can kill an American soldier, it is better than wasting his energy on other matters."

On February 23, 1998 Bin Laden and others issued a fatwa claiming that, "to kill the Americans and their allies -- civilians and military -- is an individual duty for every Muslim who can do it in any country in which it is possible to do, in order to liberate the al-Aqsa Mosque and the holy mosque [Mecca] from their grip, and in order for their armies to move out of all the lands of Islam, defeated and unable to threaten any Muslim.[5]" The attacks on American Embassies in Tanzania and Kenya in 1998 highlighted an array of operations that documented the seriousness of his adherence to the threats and sent the Clinton Administration into efforts to capture the newest challenge to U.S. dominance while many in the Muslim world either downplayed the seriousness of the threat or criticized his stance as misguidance.

Today the jihad has extended from Afghanistan to Iraq, into Pakistan, Somalia, Palestine, Indochina, the Arabian Peninsula, the Caucuses, and active cells sit in every country on the globe. The Crusade against Islam continues as well. Occupation in Iraq and Afghanistan rages on as the incumbent administration wages a massive propaganda war throughout the Muslim world and sets of carefully contrived proxy governments speaking in terms of Islam, Jewish aggression expands, and international agencies set their eyes on the Sudan and Somalia while U.S. military imperialism expands its presence on Muslim land despite government propaganda. It must be realized that the objectives espoused in the plan to "cut off the head" are advancing toward realization. Osama described, "Take care not to be pushed into fragmenting your efforts and squandering your resources in marginal battles with the lackeys and parties but concentrate the blows on the head of the unfaith until it collapses. Once it collapses, all the other parts will collapse, vanish, and be defeated,[6]" Recent statements suggest it is time to shift attention, open new fronts, and attack the hands the head can no longer protect.

The United States was for a long time thought of as a friendly power in the Muslim world. Recent events have completely altered that misconception, but few understand the history of western imperialism in the region. One must understand the history and intervention of western control alongside the exact location and plans of U.S. military presence on Muslim soil if the plan for permanent Western occupation is going

---

[4] See "Message from Osama bin Laden to his Muslim Brothers in the Whole World and Especially in the Arabian Peninsula: Declaration of Jihad Against the Americans Occupying the Land of the Two Holy Mosques; Expel the Heretics From the Arabian Peninsula" released by Al-Islah, Sep. 2, 1996
[5] See http://www.fas.org/irp/world/para/docs/980223-fatwa.htm
[6] Al-Qaida Issues Statement under Bin Laden's Name on Afghan 1st War Anniversary. (Internet)

to be prevented. It is in only in understanding this actual background that one may gain a deeper appreciation for the past, present and future efforts to resist Western dominance in the Muslim world.

> **It has been narrated by 'Umar bin al-Khattab that he heard the Messenger of Allah (SAWS) say: I will expel the Jews and Christians from the Arabian Peninsula and will not leave any but Muslim.[7]**

The present day advancement of Western forces in the Middle East did not begin with the invasion of Iraq in 2002. Western advances on the Muslim nation have occurred over a prolonged period of time and recent events are merely a continuation of 400 years of colonialism that followed the conquering of Islamic Spain by Europeans in 1492. The subsequent subjugation of Africa and Latin America was followed by the earliest attempts to invade and occupy terrain in the Middle East. The French invaded Egypt in 1798 only to be repelled two years later. The French annexed Algeria in 1834 and the British took over administrative control of Egypt by 1882. Despite the fact that six European State powers controlled 25% of the world's land surface between 1876 and 1914,[8] little direct rule was capable in the Middle East however due largely to Muslim dignity and the unity attributed by the Islamic Khilafah. Attempts to push the western ideology onto Muslims ended in utter failure. For example, Lord Curzon remarked in 1892, "It is against the impregnable rock-wall of Islam, as a system embracing every sphere and duty, and act of life, that the waves of missionary effort beat and buffet in vain." Sensing the need to cut the Muslims off from their ideology, Western powers began a careful and gradual attack on the ruling system that eventually led to present conditions.

The strategic location of the Persian Gulf has always made it a center of world trade and thus a region prone to intense confrontation for control. Western intervention there essentially began when the British Empire, in order to secure safe shipping routes to and from their empire in India, turned family run Sheikhdoms into British protectorates. Ultimately, these careful partnerships and the additional support for the House of Saud, established in the late nineteenth century, led to the present age of Western dominance.

It was the Saud family that aligned with the British and betrayed the Ottoman Caliphate. The evidence is clear in the historical record few take the time to read. British Officer S.G. Knox, wrote in April of 1914 in communication with the British Government in colonized India that, "it looks probable that unless something definite can be communicated to him very soon, Bin Saud, will make his own arrangements with the Turkish Government, and such arrangements may very well be hostile to our interests.[9]" This message found the British suddenly eager in interest to subjugate efforts by the Ottomans to make peace with Ibn Saud. However, a treaty between Ibn Saud and the Turks was signed on May 15, 1914 that gave the Willyat of Najd to Ibn Saud and his progeny afterwards in exchange for Ottoman control over the region through military residency, taxes subject to Ottoman control, a promise to defend the region from foreign occupation, and an explicit agreement that Ibn Saud, "is not allowed to interfere with, or correspond about foreign affairs and international treaties, or to grant concessions." And

---

[7] Buckari, Hadith #4366
[8] E. Hobsbawn. Industry and Empire (London: Weidenfeld and Nicolson, 1968)
[9] See Memorandum No. 1171, dated Bushire, April 19, 1914. Major S.G. Knox to the Foreign Secretary of the Government of India in the Foreign and Political Department, Simla.

so it should have been that the Ottoman Empire worked to regain a foothold in the Arabian Peninsula and reestablished control from the British via the developmental project they had arranged with Germany. This would not be the case as the fate of history and the promise of fitnah from Najd would be fulfilled. Correspondence from that date between Ibn Saud and the British Empire documents an increasing British effort in wooing the Arab leader away from his treaty with the Ottoman Caliphate and as World War I broke out, Ibn Saud declared his allegiance by December 1914 saying, "I accept and acknowledge severance of dealing with any other power in all matter of concession, interference and intercourse, except with reference to the British Government,[10]" By 1921 he was the recipient of 5,000£ Sterling each month and ample munitions to carry out the furthering of British objectives in the region.[11] In 1925 he captured Mecca ending 700 years of Hashemite tutelage of the Kaaba and eventually killing most of the Ikhwan that had fought to gain the territory because they continued to push jihad into Iraq, a British Protectorate. This opposed his now apparent loyalty to the British Queen.

The Saudi alliance with Britain allowed the conclusion of World War I to destroy the Khilafah and Western powers to intensify efforts to colonize the Muslim world. The contradictory promises of the Hussein-McMahon correspondence which funded Arab rebellion against the Ottomans, the Sykes-Picot agreement which carved up the Muslim world between Britain and France, and the Baflour Declaration which established the Jews in Palestine allowed the British Empire to watch the last remnants of the Ottoman Empire vanish. The post-World War I League of Nations mandate system gave the British colonial control over Palestine, Transjordan and Iraq and France control over Syria and Lebanon. Thus, prior to World War II, the Middle East was mainly the focus of British and French imperialism but the long lasting effects of a forced nationalism and the separation of the Muslims into separate nation states virtually erased the entirety of dignity and autonomous control for the ummah.

America's role as an imperialist nation started at their very root with the genocide of an entire indigenous population, the American Indians. Alexander Hamilton described the United States as the "embryo of a great empire" as early as 1795[12], but America's role as imperialist in the international arena started directly after the Indian population had been subdued and placed on reservations, the taking of Alaska and Hawaii, and the victory of the Spanish-American War toward the end of the 19th century. The U.S. immediately set out to claim the Philippines, an Island in South East Asia with a predominantly Muslim population. Conquering the Philippines established a base from where America could project its power throughout the world and was thus the next logical step in their imperialist expansion. President Theodore Roosevelt stated his views claiming, "in the long run civilized man finds he can keep the peace only by subduing his barbarian neighbors; for the barbarian will yield only to force.[13]" The Philippine issue was never fully resolved until 1946 when they were granted nominal independence, but it served as an initial launching point for future American militarization of Muslim land.

---

[10] See Translation of letter to Sayyid Tlaib in King Abdul Aziz Diplomacy and Statecraft 1902-1953, Vol. 1 Archive Eds. Limited, 1998.
[11] See Memorandum dated May 4, 1921 from Office of the High Commissioner to His Excellency Sheikh Sir Abdul Aziz bin Abdur Rahman al Faisal al Saud.
[12] See www.carnegieendowment.org/publications/index.cfm?fa=view&id=18908&prog=zgp&proj=zusr
[13] Roosevelt, Theodore. "Expansion and Peace." 1989. pp. 287-89

In 1890, naval captain Alfred T. Mahan published a book entitled *The Influence of Sea Power upon History,* in which he argued that a strong nation must use naval power to extend ports and colonies throughout the world. These colonies and foreign ports would also benefit the home country through foreign trade and opportunities for investment. The occupation of the Philippines and domestic growth at home allowed the United States to launch its first real display of power in the Persian Gulf when from December 16, 1907 to February 22, 1909 the Great White Fleet, a collective group of US Navy vessels, circumnavigated the globe by orders from Theodore Roosevelt. These vessels sailed while brandishing the US flag and made their way into the Persian Gulf by early 1909 eventually working their way all the way through to the Suez Canal before passing back through the Islands of the Arab Emirates and setting its eyes on the British controlled island of Bahrain where it would start its program for colonizing the region.

America first made major inroads into the Persian Gulf by way of Saudi Arabia in May of 1933, when Standard Oil Company of California, known as Chevron today, obtained 60-year oil expropriation rights in exchange for 35,000 British pounds. This marked the initiation of American intervention in the region.  From 1933 until the conclusion of World War II the intimate relationship between Saudi Arabia and the U.S. was the direct result of this relationship as Aramco (Arabian-American Oil Company) was formed and led to lucrative contracts for many Western firms developing the Saudi state and thus creating the "special relationship" that carries through to this day. By the end of World War II, with Europe destroyed by the Nazis, the United States found itself with a firm and intact domestic society and as the most powerful country in the world. This was recognized immediately by Government officials as the imperialist ambitions of the U.S. now set its eyes, in secular, Western tradition on a bigger piece of the world pie. George Keenan, then Secretary of State, described the Post-World War II scenario,

> We have about half the world's wealth... but only 5 percent of its population... In this situation...our real job in the coming years is to devise a pattern of relationships which permit us to maintain this position of disparity... To do so we have to dispense with all the sentimentality and day-dreaming, concentrate everywhere on our immediate national objectives... [And] deal in straight power concepts. The less we are hampered by idealistic slogans the better.[14]

In 1944 Franklin Roosevelt announced that, "the defense of Saudi Arabia is vital to the defense of the United States.[15]" In 1951 President Truman dispatched a committee to explore the prospect of economic control over the region. However, the banker that he sent to assess the situation quickly identified the risks involved due to a rising sentiment of Arab nationalism.[16] By 1952 National Security Council Archives relate that securing the allegiance of Arab countries to the West was tantamount and especially because they control a large portion of the world's oil reserves essential in times of "war and peace." However, they also identify the structural composition of the Arab countries and divided the populace into three groups: the elite, intellectual class, and peasantry. Of course, it

---

[14] See United States Department of State Policy Planning Study No. 23, 1948
[15] Little, Douglas. American Orientalism: The United States and the Middle East since 1945. (Chapel Hill: University of North Carolina Press, 2002).
[16] See Paul Krugman, The Ambassador of the Arabs: The Locke Mission and the Unmaking of U.S. Development Diplomacy in the Near East, 1952-53." In David Lesch, ed. The Middle East and the Unmaking of Development Diplomacy.

was necessary to support the profligate dictators whose every essence ran contradictory to so-called "democratic" ideals. The report concludes that, "In the past the U.K. has played the major role in the maintenance and defense of Western interests in the area..." but there is a need for, "a review and restatement of U.S. policy toward the area," as the U.S. had already taken over for the U.K. in Greece (where it massacred 160,000 civilians) and "has major military and economic interests, as in the case of Saudi Arabia, U.S. influence has largely replaced the U.K. interests.[17]" The documents concludes that the elite leadership must be supported as, "our principle aim should be to encourage the emergence of competent leaders, relatively well-disposed toward the West" despite the fact that they may not be able to "express any overt good will toward, or to seek any explicit association with the West." The primary fear was the potential increase in, "anti-American trends of Arab opinion," which would threaten U.S. interests, namely oil and so it was that America took over from the British in the Middle East.

This new outlook led almost immediately to intervention when in 1953 Dwight Eisenhower ordered the covert operation AJAX that removed democratically elected Prime Minister Mohammed Mossadeqq from power in Iran and installed Reza Shah, loyal Western puppet until the Iranian Revolution in 1979. The covert operation marked an increasing role for the U.S. especially with regard to control of the oil interests. Prior to the coup, the Anglo-Persian oil company was maintained and controlled solely by the British. Operation AJAX established a 40% share for the Anglo-Persian company, which changed its name to BP, a 14% share to Royal Dutch Shell, and a new 40% reward to a group of American firms for their support of the covert endeavor.

In 1958, in reaction to Iraqi revolution and efforts to nationalize their oil, the U.S. Chairman of Joint Chief of Staff stated, "be prepared to employ, subject to the President's approval, whatever means might become necessary to prevent any unfriendly forces from moving into Kuwait.[18]" It is assumed that here the U.S. meant nuclear weapons. Support for the Israeli State voted into existence by the U.S. in 1948, covert operations in Syria, Lebanon, Iraq and across the region, and a careful policy of propping up dictators through the sale of arms and strategic economic infiltration of other Middle East nations gradually led to the U.S. taking over from the U.K as the hegemonic power in the Middle East.

The American experiment with empire drew from lessons learned by British and French colonialism however as they were very careful not to establish a physical presence in the region. American expansion has carefully contrived a typical foreign policy in the Middle East of covert subversion and military and financial support for loyal dictators. As hatred for the British drew to a height after the 1956, Israeli, French and British attack on Egypt who attempted to stop Jamal Abdul Nasser from nationalizing the Suez Canal, America, by necessity, took over complete reign. America sided with Nasser and repudiated the attack thus earning positive Arab sentiment. In reality, the policies of the United States were essentially controlled by the oil companies during this era who were gradually expanding their control over the resource and exploiting huge profits from states in the region, the most important of which remained Saudi Arabia, the country's most valuable asset.

---

[17] NSC Document 129, United States Objectives and Policies with respect to the Arab States and Israel, April 7, 1952.
[18] See William Quandt, "Lebanon, 1958, Jordan 1970." *In Force Without War* (1979)

Saudi Arabia has forever been the bastion of U.S. relations in the Middle East and it was there from 1952-1963 that the first major U.S. military presence in the Gulf was established with the placement of nuclear armed bombers at Dhahran Airbase. While King Faisal ordered the removal of American presence there in 1963 for use on a case-by-case basis, the new base, renamed King Abdul Aziz Air Base, served as the launching pad for U.S. strikes during the first Gulf War, where 7,248 aircraft in a span of a few months dropped 88,500 tons of bombs and destroyed water-purification plants, electrical grids, schools, hospitals, bridges, roads and other civilian targets. Thousands were killed under the blanket takfir and issuance of the Saudi regime and state ulama as the Baathists attacked proved to be mostly women, children and civilian infrastructure. The sanctions that followed would kill 1.5 million children from 1991 until 2003[19].

The American military enhanced its presence in 1965 when Diego Garcia, a British colony, was established as a U.S. military base on lease from the U.K. This base was used as the main launching pad for attacks into Afghanistan and Iraq over the last few years and housed several prisoners of CIA secret renditions. The base was built after the entire indigenous population was forced off the island through extremely violent sanctions and attacks. A recent court case filed in the U.K. has rewarded damages to the ex-inhabitants, but the base still serves as a primary protectorate of "U.S. interests," primarily due to the hidden nature of its location. It is located well over 1,000 miles away from the Gulf in the Indian Ocean.

In August of 1971 Bahrain obtained independence from Britain and the U.S. signed an agreement to maintain its naval presence in the country for a payment of $4 million a year. On December 2, 1971, the six remaining Arab sheikhdoms created the United Arab Emirates and the first Gulf War allowed the United States to establish a military presence in each and every single one of them. The era of Nixon and Ford witnessed little intervention in the Middle East as the Vietnam War embroiled the U.S. in a brutal guerilla affair with the Vietnamese and the domestic population rose to challenge the military regime, thus preventing further expansion. Exploitation of Middle Eastern oil during this era was largely in the hands of seven corporations based in the United States and Europe and they largely influenced policy in a direction that was conducive to their interests. These corporations still rest today among the world's largest and most powerful financial empires.

On August 15, 1971 the Nixon administration, in the face of a bankrupt international gold benchmark system, altered the entire global monetary scheme and established the post-Bretton Woods fiat system. At this time the Organization of Petroleum Exporting Countries (OPEC) was formed and planned originally to sell oil in its own currencies. However the Anglo-American power structure intervened and spoke with the Crown Prince of Saudi Arabia to guarantee that all crude distributed by OPEC would be sold in dollar denominated terms. In exchange the regime in Saudi Arabia would be protected. Since then the House of Saud has adjusted production almost at the request of their Anglo-American protectors and for the past 30-plus years the oil rentier regimes have been reinvesting the dollars they receive in the domestic U.S. economy or the Federal Reserve through treasury bonds. This "petrodollar recycling" is what keeps the dollar as the fiat currency with supreme value as oil must be bought and sold on the international

---

[19] See http://www.twf.org/News/Y1997/Ramsey.html

market in dollar denominated terms. This keeps every country in the world dependent on holding dollars for energy supplies. The 1973 oil embargo by Saudi Arabia against the U.S., due to American support for Israel, led U.S. government planners like Henry Kissinger and Arthur Schlesinger to identify the oil of the Persian Gulf as a "national interest" as plans were set into motion for the U.S. to take over the oil fields of Saudi Arabia in the event of an emergency.

By the late 1970's, with increasing reliance on oil imports and the need to protect its carefully structured international monetary scheme, the Carter Administration, proclaimed the Carter Doctrine of Middle East Policy: "Any attempts by any outside force to gain control of the Gulf region will be regarded as an assault on the vital interests of the United States of America, and such an assault will be repelled by any means necessary, including military force." However the Iranian Revolution sent one of the pillars of U.S. policy apart from U.S. control and the U.S grew closer and more reliant on its relationship with the Arab Gulf States. Carter organized what would come to be called the Rapid Deployment Force which would provide immediate air attacks in the event a situation arose contrary to U.S. interests. In 1978 the Joint Chiefs of Staff stated that American interests in the Middle East were, "to assure continuous access to petroleum reserves, prevent inimical power or combination of powers from establishing hegemony, and to assure the survival of Israel as an independent state.[20]" The Joint Chiefs also recommended expanding basing facilities throughout the Persian Gulf. The direct American military presence there remained miniscule however, and during the Iran-Iraq War of the 1980's only seven smaller Navy ships based in Bahrain were able to patrol the waters. The 1987 Iraqi attack on the USS Stark[21] allowed the U.S. to use an isolated incident as a pretext for a drastically increased presence and in 1991 the occupation of the Arabian Peninsula with 600,000 American troops, mostly located in Saudi Arabia, moved into the region.

The period between the two Iraq Wars saw a vast expansion of American military presence as the official inner-workings of the petrodollar scheme started to unravel and it became apparent that the Afghan-Arab resistance to Russian aggression had revived a dormant Islamic awareness that served as a direct threat to U.S. interests and the regimes they backed as one prescient ruler of the Gulf remarked in the early 1980's, "I would rather deal with 10 Communists than with one Muslim fundamentalist.[22]" The Clinton era was marked by a pro-Israeli dual containment policy that strongly supported the continuation of the sanctions on Iraq and persuaded similar sanctions on Iran that sought to isolate it from the global community. From 1996 to 2002 construction at Prince Sultan Airbase was continuous and barracks were constructed that resembled permanent housing units. In 2001, the Saudi regime permitted use of the base in coordinating air operations against targets in Afghanistan. To hedge their control over the region, the United States also built Udeid Air Base in Qatar as an alternative in the face of potential Saudi evacuation.

The invasion of Iraq in 2003 marked the onslaught of official occupation as the 9-11 attacks forced the Bush Administration's neoconservative movement to bear the

---

[20] See Review of US Strategy Related to the Middle East and the Persian Gulf. (1978)
[21] See Harold Lee Wise. Inside the Danger Zone: The U.S. Military in the Persian Gulf, 1987-1988. (Naval Institute Press, 2007.
[22] Interview with advisor to the ruler, Gulf emirate, August 17, 1982

actuality of its intentions[23] and the expansion of military presence became evident. The proclamation that the Middle East would be democratized rang throughout the initial invasion. Today 1.3 million dead Iraqi's and the failure to effect even the slightest hint of democratic reform in Palestine, Saudi Arabia, Bahrain, U.A.E, Egypt or other feudal monarchies and dictatorships the U.S. supports suggests this was never the case. The fact that U.S troops secured Iraqi oil fields on the first day of the occupation shows that control over Mid-East oil supplies had become the chief objective of the continuing, imperialist foreign occupation of the state. The occupation of Iraq established another front for the mujahedeen and today while rhetoric from America proclaims troop withdrawal, 50,000 troops will remain behind as a residual force on 6 permanent military bases built by billions of U.S. taxpayer money with the world's biggest embassy located in the heart of Baghdad. It is highly unlikely the U.S. plans any serious evacuation.

In fact, the U.S plan was always to establish a permanent military presence from which to control the entire region and the reality is that their objectives have been only half-heartedly realized. The occupation of troops on Saudi soil lasted until 2003 when combat troops were forced to evacuate in the face of the violent reactions by Saudi citizens on Khobar Towers in 1996, thus forcing the overt presence of U.S. military to be concealed. Today the U.S. has transferred its personnel and equipment to Prince Sultan Airbase and runs a very well fortified U.S. compound called Eskan Village on the outskirts of Dhahran. Saudi rhetoric may suggest that there are no U.S. forces in the country but it is illegal to photograph the base or any signification of American presence in the Kingdom. The troops typically train the Saudi Army and officials at Prince Sultan are employed by the Vinnell Corporation where they train the Saudi National Guard[24]. There has also been a proliferation of bases in Kuwait, Bahrain, Qatar, Oman, the U.A.E., Turkey, Iraq, Egypt and other places with obvious ambitions to occupy the entire region permanently.

Today the United States controls 800-1,000 military bases across the globe with an increasing presence in the Middle East. Obama's budget includes $663 billion for Defense, an increase from 2008[25], but it is an easy lesson learned in history that imperial overreach eventually destroys the domestic currency and leads to the disintegration of Empire. Knowing this history and the intentions behind it leads one to clearly understand the imperativeness of American evacuation. While public opinion polls suggest large

Western Bases on Muslim Land

---

[23] For specific details of NeoCon plans see Project of New American Century's: *Rebuilding America's Defenses* and Robert Kagan and William Kristol. Present Dangers: Crisis and Opportunity in American Foreign and Defense Policy.
[24] See http://www.sourcewatch.org/index.php?title=Vinnell_Corporation
[25] See http://www.motherjones.com/mojo/2009/02/obama-increases-military-budget-ignoring-franks-criticisms

portions of Muslims do not support the attacking of civilians, large majorities agree with Al Qaeda's goal of pushing the United States to remove its military forces from all Muslim countries and substantial numbers approve of attacks on US troops in Muslim countries.[26] The struggle to liberate Muslim land began by attacking the head aggressor on its home soil. The U.S., stretched now militarily and facing economic turmoil at home must now alter its perceived role as aggressor in the region. The question then becomes, where do the mujahedeen go from here?

> **"Oh you Muslims! You have slept for a long time, long enough for the tyrants to take control over you. You accepted to live as slaves and submitted to tyrants. Now that time has come to revolt and destroy the shackle of slavery.[27]"**

The Soviet threat drove Cold War policies that split the world into two camps. The fall of the Soviet Union at the hands of the mujahedeen marked the end of the bi-polar world and ushered an age the Americans termed the 'End of History,' as they sensed that secular, democracy had come to conquer all other ideological counterparties. The resurrection of the jihad in Afghanistan and the subsequent revival of Islam proved this not to be the case. The attacks of 9-11 highlighted this reality and should have served to initiate awareness that the system the U.S. ships overseas is far from good-intentioned.

Today President Obama's Foreign Policy approach must at least look peaceful as he has concentrated on the moderates of the Arab world and is essentially begging the people not to overthrow the puppet regimes the U.S. controls. Prince Turki Al-Faisal of Saudi Arabia explained very clearly to Obama that the region faces complete upheaval if the U.S. does not alter its approach and especially with regard to their unconditional support of Israel[28]. The administration must now deal with a prospering nuclear-oriented Iran as a shift toward trying to contain the Shiites may open up opportunities for the mujahedeen to go after their Arab oppressors and they continue to expand troops in Afghanistan despite an ever-growing insurgency.

The case of Saudi Arabia is telling. The ruling family has long since been in fear that the ideology of Al-Qaeda will eventually infiltrate their society. They are also worried their efforts to enter fully into the international ribaa based system with the establishment of King Abdullah Financial District[29] will be affected by "terrorism." King Abdullah's recent political restructuring, for example demoting Sheikh Saleh Al-Luhaidan for his stance on liberal media in the kingdom, suggests they still fear the ulama. The King's effort to organize international faith-based conferences marks a series of fears and anxieties that the international community may cease to support them as well. Their meddling in Afghanistan by trying to prop up a counterparty to the Taliban, in Somalia trying to prop up a western imposed puppet, and their inaction with regard to Gaza suggest they are entering into a period of increased angst. In the recent past Saudi Arabia has sold the idea that they have dealt with the domestic threat of jihad by treating it like a behavioral disorder and crime, that they have squashed all rebellion and that no threat presently exists. However, stability in the state may be largely attributed to the boom in the price of oil since the Iraq War that allowed the economy to control the people, but the pacifiers that exist in the society may be removed as this "global recession" starts to

---

[26] See http://www.worldpublicopinion.org/pipa/articles/home_page/591.php?nid=&id=&pnt=591&lb=
[27] From the will of Sheikh Abdullah Azzam (RA)
[28] See http://www.ft.com/cms/s/0/65b122b6-e8c0-11dd-a4d0-0000779fd2ac.html
[29] See http://kingabdullahfinancialdistrict.com

prevent American expansion and leaves the regime to fend for itself. This is the case in nearly all Middle Eastern societies and the scenario was described explicitly by Bin Laden who said in 1997 with regard to his plan to cut off the head that,
> Russia was the head of the communist bloc. With the disintegration of Russia, communism withered away in the Eastern Europe. Similarly if the United States is beheaded, the Arab kingdoms will wither away.[30]

**He and the faithful ones with him- they said, "This day we cannot cope with Goliath and his forces," but those who were convinced that they must meet Allah said, "How often, by Allah's will, has a small force vanquished a big one? (2:249)**

The War against Islam has taken on new projections and in many ways has retreated from the original belief that simple military might and aggression would be able to subdue the spread of Islam. Today, the resultant 180 degree pendulum shift from hard to soft power is a sure sign that the West is losing the War. They have obviously underestimated the resistance. If anything, the intended results of 9-11 have been realized and the head is starting to wither away or at least showing signs of declination. Osama bin Laden announced more on his methodology for chopping off the head in a statement he released on November 1, 2004 coincident to Bush asking for an additional $70 billion to continue the wars in Iraq and Afghanistan. He stated, "We, alongside the mujahedeen, bled Russia for ten years, until it went bankrupt and was forced to withdraw in defeat, Al-hamdulilah. So we are continuing this policy in bleeding America to the point of bankruptcy." Today, a little recognized shift in directives has witnessed the apparent belief of Al-Qaeda that thy have indeed succeeded in their primary objective.

The presently espoused belief is that the present American administration is encumbered much like the Nixon and Ford administrations were with regard to an inability due to domestic and international pressures to intervene in the Middle East and that it is now time to refocus on cutting off the hands of the U.S.-Israeli alliance, especially the Kaffir Arab rulers in the Muslim world. It is time to open up yet another front and stage of the battle for truth over falsehood. This is evident in the release of Al-Qaeda in Yemen's recent movement to liberate and refocus on the Arab apostates there. The focus was expressed recently by Sheikh Nasir al-Wuhaishi (HA), leader of Al-Qaeda in Yemen, who called on mujahedeen there to organize and prepare for war against the government. The justification being that the government is preparing for attacks on the tribal regions outside the main cities. The ultimate cause is expressed in the frequently honest pages of the Western business press; Total, French oil conglomerate, has been operating in Yemen for 13 months and its "employees cannot travel around town…" but it wants to "start shipping Natural Liquefied Gas from the Gulf of Aden having completed a $4 billion project[31]." The occupation of land continues with the indirect rule of Western multinational corporations especially from the oil industry.

Ayman al-Zawahiri supported the return of Al-Qaeda in the Arabian Peninsula in a February 24, 2009 call for Yemenis to follow the lead of the Pashtun tribes in Pakistan and Afghanistan in rebelling against the regime. Sheikh Osama's recent message entitled

---

[30] Osama Bin Laden interview in Pakistan, March 18, 1997.
[31] http://www.energycurrent.com/index.php?id=3&storyid=162443

*Practical Steps to Liberate Palestine* also enforces a refocus on the regimes in the Arabian Peninsula and neighboring countries. He says,
> So unless we realize that our countries are occupied in the interest of the rulers and those who appointed them, and that they are helped in that by both military as well as civilian armies, the latter being the most important and dangerous and led by the evil scholars and those of the educated class and media men whom they have hired... Unless we realize this, and work to expose the truth about them and warn against them and remove them and liberate ourselves from their authority, we will never be able to liberate Palestine[32].

This reemphasis on the Arab regimes signifies an alteration in strategy that can only be the result of the garnished successes of the era since 9-11, certainly the head that once was able of doing whatever it wanted in the region is, in many ways, contained. Saudi claims that it has "rehabilitated" the deviant jihadi ideology seem all for naught in light of these new aspirations. Barack Obama has entrusted a moderate approach that may prevent U.S. intervention with his profession that, "the language we use matters,[33]" and many are claiming that it is time to accept a role for political Islam in the region. This approach is not by choice but by necessity. Where Theodore Roosevelt espoused the original ambitions of America for the rest of the world more than 100 years earlier as "speak softly and carry a big stick," meaning threaten war but speak in terms of democratic ideals, Obama's recent domestic spending and subsequent budget deficit means he cannot retaliate on another front. The utter failure of military might in squashing the mujahedeen means soft tactics must be utilized. This "soft speech" approach typically followed up with military and economic aid is also threatened severely by the rapidly deteriorating economic conditions in the Gulf and global economy. It certainly seems it is a proper time to take on the taghout regimes.

    The proposed methodology for dealing with the Arab regimes is significantly different than the asymmetrical means of attacking the U.S., luring it into a guerilla war, or simply attempting to create revolution overnight. The change in doctrine espoused recently by Al-Qaeda's leadership has gone largely unnoticed by most but is a direct result of a sophisticated learning process and a sure indication that the original intention of cutting off the head was a valuable, necessary, and largely successful strategy ready now to take a turn toward another phase.

    Take for example a recent conversation held prior to the genocide in Gaza with Dr. Ayman in October 2008. When asked about the economic blockade inflicted on Gaza by the Egyptian regime, he suggests, "If the Egyptians were to rise up with their tongues, pens, and hands they would - Allah permitting – be able to demolish 1,000 embargoes." Here he suggests a reaction wider in scope than physical jihad and continues with a suggestion, "What's the problem if students, employees, and workers were to refuse to study and work until the siege is lifted from Gaza? Are we unable to carry out such a peaceful, passive strike? And I call on my brothers in the Islamic and Jihadi sites on the internet to adopt this call and expand it."

    The interviewer somewhat taken aback by the recommendation inquires, "This might be a new experience and experiment for some of them," and Zawahari replied, "Yes, the experiment of communicating with the Muslim popular bases." Thereafter the

---

[32] http://international.thabaat.net/showthread.php?t=1898
[33] See Barack Obama interview with Hisham Melham on Al-Arrabiyya. January 27, 2009.

interviewer responds, "But some might fear that this experiment will fail" and Zawahiri concludes, "Let it fail, and let us repeat and develop it a 1,000 times until it succeeds. We are obeying Allah and worshipping Him.[34]" Some might suggest this change in tactic was a means of altering a tarnished image of Al-Qaeda. On the contrary, it is simply a logical next-step and documentation of victory and progression; as Muslim mujahedeen continue to repel the tyrant aggressor occupiers it is now time for a more comprehensive movement to subsist in the shadow of the jihadi revolution.

    Similar recommendations are expressed in Osama's Practical Plan for Palestine. He summarizes a multi-faceted approach as well suggesting that, "there must be honest leaders, legal and political awareness-building, Jihad in Allah's path, and exposure of the truth about the hypocrites and differentiation and separation from them, keeping in mind that separation is something already being implemented on the side of the rulers." The entire statement must be analyzed to be fully appreciated, and in no way does this indicate that the jihad against the U.S.-Israeli leadership will be relegated or decreased in any way. However, it seems to suggest that new domestic fronts will be reopened and that they may be marked by a change in approach that signifies victory is on the nigh.

Certainly attacking the regimes that are supported by the U.S.-Israeli partnership while they are incapable of full-fledged military response would drive the very real prospect for revolution in the Muslim world, but only where there was a real substitute ideology that could comfort the general masses of people enthralled by the present circumstance there. Recent calls suggest that it is time to formulate the vision of a substitute system and one that can be marketed and branded as the 'salafi jihadi' solution, a solution that documents in specific terms how the world will operate under shariah after 90-plus years of an absent Islamic State, thus wiping the lenses clean of the typical and widespread belief that Al-Qaeda and its adherents offer no conclusive alternative.

Dr. Saad al-Faaqih, leader of the Islamic Movement for Reform in the Kingdom of Saudi Arabia expressed the goals and objectives of Al-Qaeda succinctly in an interview from 2003. He explains,

> The project as deduced from their [Al-Qaeda's] literature is the neutralization of America; of course they can't eliminate America. America is a huge and powerful country. But it can be neutralized or brought to a stage where it can't influence the world and this will shrink and withdrawal unto itself upon which the entire West will live in some confusion for a time and during this stage – the stage of confusion in the West, Al-Qaeda thinks they will be able to play with the blocks [the puppet regimes].

It seems that Al-Qaeda is ready to start playing with the blocks, but in a very careful and calculative manner of building popular resistance as they challenge the power structure with sporadic and spectacular attacks on strategic targets. The question then becomes about the role of the one that cannot or fails to attend the jihad physically and has to, by necessity, remain behind. During the Battle of Al-Khandaq, the coalition Quraish, Jew and Bedouin tribes gathered together around Medina and laid siege to the city for over 20 days. During the battles, Nu'aym bin Masood, a prominent member of the coalition, came to accept Islam and met with the Messenger (SAWS), but the Prophet did not instruct him to join the ranks of soldiers. Instead he instructed him to keep his Islam secret and to go back to the enemy and fight them from within. He (SAWS) told him, "If

---

[34] http://theunjustmedia.com/clips/saz/dee/dee.htm

you remain with us you are only one man. But go back to them and weaken them from within as much as possible because war is deception." Naeem (RAA) was able to convince the Jews that the Arabs would betray them and he also convinced the Arabs the same was true of the Jews. When they met, a argument occurred and the coalition broke apart due to disagreement due to the efforts of this one man. How tactful are we living in the West confronted by the coalition of hypocrites and kuffar? We must understand the role we may play in the present reality and the means by which we can contribute from afar. The duties and obligations have been carefully stated in the recent advice of the leadership, but as they advance and develop in approach and tactic so too must the 'salafi jihadi' movement: noticing the subtleties of their message, creating Islamic solutions, assessing policy, and posing political solutions that will allow us to develop, establish, and experiment with the skills the ummah will one day need in posing solutions to the problems created by the physical and intellectual occupation of Muslim land over the latest era of ignorance. The ayaah, "make ready for them whatever you can [35]" explicitly states that Muslims must not only prepare military might but also intellectual and strategic might as the battle requires a comprehensive and all-encompassing effort. Allah (SWT) says,

**And the believers should not all go out to fight. Of every troop of them, a party only should go forth, that they (who are left behind) may gain sound knowledge in religion, and that they may warn their folk when they return to them, so that they may beware (9:122).**

Here we are told not to lament when Allah makes it impossible to attend the jihad and to rather remain behind and concentrate on studying the religion in order to guard the community of believers against evil when they return. It is a clear command to utilize the Quran and Sunnah to develop organizational systems to protect Islam and guard the believers once the jihad garners its victory. Therefore, there is no detachment from the mujahedeen. As always, Allah has covered every aspect of the movement to make La ilaha il Allah victorious. Everyone can contribute as Osama his self explained from early on in the War against America,

> This humble subject delivered lectures in the year 1407 Hegira urging Muslims to boycott US goods. I used to say then that the Americans were taking our money and giving it to the Jews to kill our brothers in Palestine. This is a religious duty and that is a religious duty. There are many such religious duties, including the jihad in Kashmir and other places. The front, which we established a few years ago, was called the Islamic Front against Jews and Crusaders. Both issues are important. But, sometimes, developments in one issue prompt us to take more action in its direction without ignoring the other direction.[36]

These recent calls must not be understood as a reversion to populist calls for 'tarbiya' or 'dawa' alone. The result of the demonstrations across the world for Gaza should give an indication of the outcome under these philosophies, years of efforts at democratic participation, dawa, political moderation and etcetera have yielded few positive gains and only now that the jihad has been resurrected do we see that these efforts too have been boosted due to the comprehensive nature of the deen. We must recognize these limits and expand on the successes; as Sheikh Wahaishi explains, "Rather, these protests must turn

---

[35] Al-Anfal:60
[36] Osama bin Laden. Interview with Tyser Alluni of Al-Jazeerah on October 21, 2001.

into explosions, and civil disorder must turn into military rage. We must cut the supply routes of the Zionist-Christian Crusaders, and we must kill every Crusader we find in our lands.[37]"

The deen will always be established by the few. Allah (SWT) says, "**Few of my servants are grateful**[38]" and "**if you obey most of those on the Earth, they will mislead you far away from Allah's path.**[39]" Ultimate victory is for the believers as He (SWT) says, "**Allah has promised those among you who believe and do good righteous deeds that he will certainly grant them succession in the Earth**[40]," then the people accept Islam in droves,

**When comes the Help of Allah and the conquest and you see that the people enter Allah's religion in crowds**[41]...

The minority that has the ability to see the actual developments and success of these operations must now refocus, not worry about the barrage of hatred for Al-Qaeda, understand these objectives, advance capabilities, and follow the leadership. As martyr Ahmad al-Haznawi al-Ghamidi stated in his last will and testament,

If you agreed to accept a life of humiliation and disgrace, and if you find emigration and the carrying of swords difficult, back us and do not let us down. The least that you can do is to back us by your words. Forge the glories of your nation with your pens on the gates of the times.

It is best to call now for domestic revolutions in the Middle East, backed by a clear-cut definition for the people on what a replaced state would look like (i.e. how the oil money would be spent, how it will be defended, what the implementation of shariah will look like and the results, etcetera). Those that earn the greater responsibility will surely concentrate now increasingly on removing American military bases, embassies, and the kaffir regimes.

Osama bin Laden (May Allah Protect Him), still alive and well, must be grateful his plan has succeeded completely up to this point. He recalled shortly after 9-11 that, "Then came the New York invasion that ignited the house of the idiots of the age, smashed their citadels, nullified their witchcraft, exposed all the flags that marched behind them, and announced the beginning of their end, Inshallah.[42]" Bin Laden has continuously documented the fact that he has understood very well the comprehensive nature of this struggle to cut off the head; contrary to popular sentiment that suggests he has created nothing but bloodshed with this strategy. In this 2002 statement he went on to suggest that in addition to waging jihad, Muslims must stage protests and demonstrations against the regimes, disown the leaders of disbelief and hypocrisy, boycott U.S. and Israeli goods, "kill Americans and Jews with a bullet, knife, or stone," strike at U.S. interests in the world especially on Muslim lands, and back the mujahedeen with encouragement and support. This movement must concentrate on multi-faceted areas of concern and we must now advance in scope and service and set out to work on delegitimizing these regimes.

---

[37] See Al-Qaeda in Yemen. Here we Begin; at Al-Aqsa we Meet. Jan. 27, 2009.
[38] Surah Sabaa: 13
[39] Surah Al-Anaam: 116
[40] Surah Noor:55
[41] Surah an-Nasr: 1
[42] From www.jihad.net 24 July, 2002

Let the Americans choose which country they will attempt to save as all of their puppets go up in flames.

Harvard University scholar Charles S. Maier, in his book Among Empires: American Ascendancy and its Predecessors (2006) defines an empire as,

> a system of society that transforms society at home even as it stabilizes inequality transnationally by replicating it geographically, in the core and on the periphery. In return it promises to make even the materially disadvantaged in the core stakeholders, often enthusiastic ones, in the imperial project. It enlarges territory or decisive influence to ensure its own new political order, and then it must defend the contested boundaries it has extended to avoid discrediting the expansion previously attained.

American imperial ambition has been present since before its initial founding. It has grown to such levels that every American holds some vested interest in the ability of that Empire to retain its foothold over the world. It must grow and expand in order to fulfill the demands of its domestic constituents and this expansion will prove to be its downfall. However, the Muslim nation may never wrest itself from the control of despotic rulers and oppressive regimes that stifle the well-being of the average Muslim citizen so that Americans can maintain the discrepancy in population and use, with 5% of the population and 40% of global consumption, and in a world where American civilians are front-page worthy but the shedding of civilian Muslim blood is better left undisclosed, until the Empire ceases to exist.

The attacks of September 11, 2001 marked a turn in the course of history and the aggressor reared its ugly head and moved toward the initiation of that destruction. Today, the international economic crisis, military overreach, and changing public sentiment worldwide, mandate change and the tools of power and control at the disposal of the United States grows weaker every day. It is time for the mujahedeen who cut off the head to cut off the hands. There are indications that we will now see movements against the regimes, but we must also formulate a coherent vision of what the Islamic State may look like and develop and advance the battle for hearts and minds. This is evident in the ideologies espoused by the leaders of the jihad. It is time to advance to another stage of the struggle and lose the noose of kufr that controls the land. It is time to begin to think about the necessary next steps that must predicate the conquering of Rome.

**It is He who has sent His Messenger with guidance and the religion of truth, to make it victorious over all other religions even though the Mushrikeen hate it (61:9)**