Kawtar Nasri
100 Susquehanna Ave,
Selinsgrove, PA 17870

April 10, 2012

The Honorable Judge Liam O'Grady
401 Courthouse Square
Alexandria, Virginia 22314

Dear Judge O'Grady,

I am writing to ask for leniency when it comes to the sentencing of my husband, Jesse Morton. My name is Kawtar Nasri, I'm 29 years old and originally from Casablanca, Morocco.
Your Honor, I lived with my husband for 7 years. I guarantee you that he never thought that his views through writing and speech could lead to his arrest, conviction and sentencing, but I assure you that he is very aware now that the way he expressed his views could have been interpreted in a negative way. My husband never had any intention to incite or commit violence as has been portrayed by the prosecutors. I'm so glad that I can today ask you to try to see the real side of who Jesse Morton is your honor. I'm hoping for fair and merciful justice to be established in his case.

My husband was always successful professionally, academically, and personally. When he worked as a social worker, he dedicated all his time to his clients. He assisted people in managing their daily lives, coping with issues, navigating relationships, and solving personal and family problems. When he worked as an English instructor in Morocco, he was an excellent instructor and many of his students were able to pass the TOFL and GRE exam that allowed them to enroll in American Universities.

In terms of his academia, my husband could be a great bridge between the west and the east because he understands both cultures very well and he can help get the two closer and take the wool from the eyes. He can be a great academic and advisor to the U.S who understands the root matter of the conflict. He has done many productive interviews on different TV channels about current events and the global economy. He had been selected to be a speaker in a big economics conference in Indonesian University. He has good analysis skills and has so much to offer to the society and to the government.

I testify that Jesse Morton was also a good family man, compassionate husband and great father. After we got married, and just after he got his Bachelor's degree, Jesse showed a great interest to exceed in his learning and pursued a master's degree at Columbia University which could have secured our coming future to our kids.

I and Jesse decided to work hard and live a simple lifestyle so that we could save all the income to pay his graduate tuition. He did, we sacrificed all leisure so that he could pay his tuition and we hoped that his degree would pay off at the end. Months after Jesse graduated, I gave birth to a little baby boy and we learned that he had down syndrome. This was very shocking to us, but Jesse was a very great supportive man that any woman would have needed at that difficult time.

We promised each other to work together and love the baby and secure him a healthy upbringing so that he can have an equal opportunity.

We moved to Morocco after Jesse had a great job opportunity to teach English in an American school "Amideast".

Our life in Morocco started to flourish and everything went very smooth and comfortable. I gave birth to a second healthy baby boy and we were so grateful to the lord for this gift. Everything started to come together and we felt everything was working out the way we planned. He had a good job. We were planning to purchase a home and spend more time together as a family .

On May 25, 2011 the Inter-police came to our house in Morocco and took my husband for a event that happened in April 2010 about South Park communicating threat. At that moment everything around us changed, we had no explanation for what was going on. Our dreams vaporized, and we woke up in the nightmare that continues until today.

My husband was taken away from us and back to the U.S. facing an unknown prison term. Your honor, my husband will be sentenced, he will sit in prison. it is me and my two kids who will face the harsh life. I don't know where to head with a child with disability and another little boy. We are now living back in America, in a very expensive, hard economy that takes two incomes to survive. I am now alone and with disabled child that needs supervision and delicate care. I wish if my situation was different, but this is my reality for now.

I will need my husband to be behind my back and be a support for me emotionally, spiritually and  financially. I need my husband to be in my kids life. Nobody will treat my down syndrome kid with the care and compassion of his real father. I'm sure Jesse will work to provide for a better existence for his family. I beg your mercy to forgive him and give him one more chance to be with us. He may have done irresponsible things, but I promise you that  he regrets them  and he learned his lesson. Please take into consideration that despite his charges, no actual material or human damage happened.

Please sentence him to a term of imprisonment that will send him back to raise his kids in a few years. Giving him a harsh sentence will not help in this matter, and will only serve to keep a good man away from his family for far too long. I also ask that you request that he be housed close to us in Pennsylvania so my boys can see their father.

Jesse Morton has two children, all of whom need their father around. We all miss him terribly. I hope you will consider my letter when determining the sentence. For further assistance, I can be reached at (570)374-9414

Thank you very much for reading my letter,

Sincerely

Kawtar Nasri



**Abdulhaqq-   2 year and 1/2**                    **Zubair- 1 year and 1/2**

 

**The last picture Jesse took with the boys in Morocco**

*~Rebecca Morton*
505 Beaver Road
Selinsgrove, PA 17870
570 556 0005

---

March 14, 2012

Honorable Liam O'Grady
United States District Court, Eastern Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady,

As you know, Jesse Morton will be facing sentencing before United States District Court in connection with his guilty plea on May 18, 2012. Jesse Morton is my brother. I have a strong desire to write you a letter knowing full well that it cannot change the current circumstance Jesse is in. However, perhaps you will kindly take the time to read my point of view.

Jesse Morton is someone I'm very proud to call my brother. I have admired him my entire life. I don't know what I would have done without Jesse during our childhood. We were the victims of child abuse for many years. Unfortunately, our abuser was our mother who would bite, punch, choke, spit, and act out other terrible forms of physical abuse. We were also victims of verbal abuse. It was not uncommon for me to hear my mother call Jesse stupid, a loser, druggie, etc. Our father, who was often absent from the home, chose to ignore the situation knowing full well that his son was being abused. Our father claims that he didn't know my younger brother Garret and I were also being abused. He admits to knowing Jesse was abused. The reason for this is because Jesse had the courage to speak out. He always did. Even when Jesse told a guidance counselor in school that his mother was abusing him, no one including myself, had the courage to help him. I was too afraid that my mother would kill me or another member of our family. She often told me this is what she would do if I ever told anyone. She remains unstable to this day. I write this because no one will ever truly be able to understand the pain my brother went through during his childhood but me. It took me until I was 20 years old to speak out about the abuse. This was because I was in the hospital recovering from anorexia after having internal surgery on my intestines. For me, the silence of the abuse almost killed me. Jesse too suffered trying to cope with the emotional pain caused by the abuse. We both found a way to numb the pain of the abuse we endured throughout our childhood.

Page 2
Honorable Liam O'Grady
March 14, 2012

When Jesse sets his mind to something he always strives in order to achieve his goals. Jesse worked extremely hard while attending Metropolitan College of New York and was valedictorian of his class. He then went on to work in the social services sector helping others overcome similar problems he had been through. While continuing this work he went on to earn his Master's in International Affairs at Columbia University. I do not think society would benefit from sending Jesse Morton to prison. He has intellectual and compassionate capabilities that would enhance many work environments.

One of the reasons I admire Jesse is because he has never been afraid to stand up for what he believes in. I see my brother as a leader in this world when others often turn a blind eye. Jesse is not a violent person. There is a difference in acting out violence and speaking out in situations that are unjust and inhumane to a civilization.

With all respect, I want you to know that I understand the trouble Jesse is currently in. We have been writing each other since he has been in solitary confinement and he knows he has made mistakes in the past. I believe Jesse wants to go forward with his life. He now has a family of his own, a wife and two young children. Both his children being two and one years of age need their father in these crucial developmental times. It would be detrimental to all concerned if he were sentenced to a long period of incarceration. It is with a sister's heartfelt sincerity and love for my brother that I implore this Honorable Court to consider the lesser sentence.

Thank you for your time.

Sincerely,

~Rebecca Morton

April 23, 2012

Judge Liam O'Grady,

    It is with great pride, appreciation and hope that I am writing you this letter. I am the brother of Jesse Morton, and his fate rests primarily in your hands. A quick search of the Internet will paint my brother as a "terrorist", "uneducated", and a "thoughtless" human being. Even reading the affidavit, statement of fact and the plea agreement, you will not truly know Jesse. The purpose of this letter is not to convince you that Jesse is innocent, instead I'd like to present the truth about Jesse, who he is as a person and illustrate the hero that he has been in my life.

    From before I could walk, I admired my brother. Whether on the baseball field at our grandmother's house or his graduation from Columbia University, I was enamored by his every move. As a child, I admired his talents – he taught me how to play baseball; he excelled at everything he tried. I wanted to experience the same success as him. I emulated the way he walked, his mannerisms and the clothes that he wore.

    As I grew older and more independent in my thinking, I soon realized that it was not Jesse's talent that caused me to idolize him. Instead it was his passion. Whenever Jesse began a task, big or small, he approached it with vigor and desire. When he discovered Islam, his approach was no different.

    As an adult, Jesse has taught me so many of life's lessons. He is a devoted husband and a tremendous father to his two young boys. Being at the hospital soon after the birth of his son, Jesse was in awe of his experience. Knowing for the first time that his baby boy has Down syndrome, Jesse's excitement remained the same. He boasted about his son, and immediately began talking about the future genius sitting in front of us. Since their births, Jesse has committed his life to his boys. Suddenly, that has all been taken away.

    Jesse's approach to life is incredible. I do not know anyone who values education more than him. Nor do I know anyone who approaches life with such commitment. Whether it is a job, school or general life, Jesse commits himself whole-heartedly to the cause. As an educator myself, my purpose is to push my students to realize the value of education and develop a work ethic to match. Jesse has both of these qualities. As a drug counselor in New York City, Jesse's devotion to his clients was unmatched. Again, this is due to his commitment and passion to life even other's lives. When I hear Mahatma Gandhi's famous words, *"Be the change you want to see in the world"* I cannot help but feel Jesse is a true example of this statement. Jesse has repeatedly educated and empowered individuals and inspired them to make changes to better this world; myself included.

    In May 2011, Jesse's life would drastically change and so would his family's. Being incarcerated in Morocco, Jesse was ripped from his family and unable to support the growth of his boys and wife. This has been the case for nearly a year. As the boys begin to walk and talk, it saddens me to think that their father is not present to enjoy such monumental events.

On May 18, Jesse and his family's future rests predominately in your hands. Prison is not a place for Jesse. In a world with so many faults, it's hard to imagine that Jesse faces a future behind bars while so many others walk the streets free of detainment. Although I am not a lawyer, I cannot help but feel as though Jesse is being blamed for others' actions. Throughout the statement of fact, Jesse is being connected to others; nowhere does it state that Jesse is responsible for any harm to another individual. If every website was held responsible for the people who visit, the Internet would not exist. Media personalities, such as Nancy Grace and Rush Limbaugh repeatedly express opinions that develop harsh consequences (even murder and suicide); however they do not face criminal charges. Andrew Adler goes unpunished for writing a direct threat to President Obama in his *Atlanta Jewish Times*. In April, Ted Nugent insinuated that he would execute the president if he was reelected – again, he faces no charges. Why, Judge O'Grady, is there such an unequal treatment when one could argue that the charges against Jesse are less severe than the actions of these people?

In a world where musicians write songs such as "Cop Killer", video games are created where people steal cars, shoot others and destroy the world, soldiers urinate on the Quran and pose amid dead bodies, Sgt. Robert Bales murders 16 individuals in Afghanistan, and the 'Kill Team' collected body parts of innocent Afghan civilians, Jesse is far from a danger to society. Instead, Jesse's primary goal has always been to provide an education, not to invoke violence – if anything his goals were just the opposite. The media has painted Jesse in a very different light than his true actions and words. Jesse has been unfairly judged and has been portrayed as guilty without ever getting the opportunity to explain his innocence.

Judge O'Grady, I am honored to have you read my letter and hope that you find the information valuable to your decision. In a country founded on the famous words of our Declaration of Independence, where everyone is entitled to "life, liberty, and the pursuit of happiness" I beg you to not rob my brother of these rights. His family deserves to have him as a part of their lives. We have suffered enough. I would be grateful for the opportunity to speak directly to you as May 18 approaches and you process your decision. I'm holding faith that the judicial system in the United States will come to a fair and just decision. Please feel free to contact me at (570)850-6470 or by email at mortong@lmsd.org.


Thank you for your time.

*Garret Morton* (signature)

Garret Morton

March 25, 2012

Honorable Liam O'Grady
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable O'Grady,

My name is Kay Morton. I am the mother of Jesse Curtis Morton. It is with great sorrow and hope that I write this letter pleading mercy for my son.

Jesse has always been a caring person from small child on. He was a joy while growing up. He was a good athlete. He helped his grandparents more than any of their grandchildren did. They had a special bond with Jesse. He made a few mistakes during the late high school years but did turn his life around. I was the cause of those mistakes. I am very sorry and wish I could go back and change some things. Jesse was well liked by other parents and children. I wish his United Church of Christ minister (Reverend George Henry) was alive to write about Jesse. He would tell you how intelligent he was, how much he knew about religion even at a young age. He used to tell me all the time how much of a pleasure it was having someone in catechism as intelligent as Jesse.

He went to Salvation Army ARC in Syracuse, N Y. They made him leave because he was of Muslim faith and you had to be Christian. When I left him there, we had to leave enough money for a bus ticket. After being forced to leave because of his faith, he, on his own, got into the Salvation Army in New York, educated himself at the Metropolitan College of New York and graduated as valedictorian of his class in May of 2006. From there he met his wife, Kawtar. He worked as a drug and alcohol counselor in NYC while attending Columbia University where he received his masters degree in International Affairs. He graduated with honors. He and his wife lived frugally while he made monthly payments to the university. His grandmother loaned him the remainder of the money, which he is still paying back to her. He was devoted to his work as a drug and alcohol counselor while attending Columbia University.

I would like to explain my mistake that I mentioned above. I hit Jesse many times while he was growing up. I hate myself for it. I was in a terrible marriage and Jesse suffered for it. I do not know how I could have done such a horrid thing but I did. I should have gotten counseling and help. I was a good mother but sometimes I would lose control. I wish I could go back and change so many things. I am very sorry and could not live with Jesse's younger years ruining his life at present. He made something of himself and I am very proud of him. He should be given credit for his life. God forgive me for what I have done to that child. It is me who should be punished. I will suffer for it forever.

My son is a good person. He has been a good provider for his wife Kawtar Nasri and his children, Abdulhaqq and Zoubair Morton. When he learned Abdulhaq was a Down's baby he was unfazed by it. He worked hard with Abdulhaq building up his strength. He was very proud of him and stated he would be the first down's student to graduate from Harvard. When we visit Jesse at the Alexandria Detention Center, Abdulhaqq at 2 ½ goes to the window and puts his hand against the glass to Jesse's hand and puckers his lips against the glass to give him a kiss. As Zoubair grows from a baby to a little boy it

saddens me to think what Jesse is missing with both his sons. A long incarceration will be very hard on the boys, their mother and Jesse.

Jesse and his wife moved to Morocco in July of 2010. He was teaching English for an American Company in Morocco and was hired as a Professor of Business and Finance at Sunderland University, in Casablanca Morocco when the U.S. Government had him incarcerated on May 25, 2011. When my mother and I visited Casablanca we met some of his students. He was very well liked as a teacher and the local people he befriended in Casablanca. They were living a normal family life. He worked many hours doing hard classes that others would not accept, working weekends, and private tutoring many of his students.

Your Honor, I beg for minimal time as punishment. Jesse was speaking to educate others what was happening in the Muslim world. If Jesse is guilty of anything it is his intense commitment to what he believes in. I beg you to give him a second chance. Everyday millions of people speak out on the internet and write blogs. Do they go to prison for it? I pray you look very closely at the Statement of Facts; the "whole" interview with CNN, not the 2 minute cut and paste Anderson Cooper chose to show on TV. Jesse is nothing like the internet portrays him. Jesse is a brilliant mind who was only trying to educate others about foreign policy and Muslim beliefs. I've read many of his articles and had many discussions with Jesse. Never did he speak of harm. Mostly he spoke of world peace. I actually think if the US government would really listen to Jesse and talk with him and understand what he is saying, they would perhaps work with him in his teachings not against him.

Please restore my hope in justice and send Jesse home to his family. I plead with you for minimal time in prison if that is your choice. If by some chance you would consider "at-home" arrest, Jesse and his family can reside with me. I would fully cooperate with the legal system as would Jesse. I would help Jesse in every way possible. My mother is 82 years old. She has been to every visit we were allowed to make at Alexandria Detention Center. I am 57 years old. I cannot imagine living the rest of our lives without touching Jesse or having him present with his family in our surroundings.

Thank you very much for your time and consideration. If you need to speak to me I can be reached at 570-374-9414. Please look at all the good that you will find in Jesse. I beg for you to give him another chance.

Sincerely,

*Kay F. Morton*

Kay F. Morton

May 2, 2012

Honorable Judge Liam O'Grady
Re: Criminal No. 1:12cr35
United States vs. Jesse Morton

From his early years on Jesse was and is a very compassionate person. He cared for his brother and sister even before the abuse began. Both my older children Rebecca and Jesse were physically and mentally abused. So was I. They were told if they told me their mother would kill them. This began when they were young. I sir, am at fault for doing nothing to truly stop it. I saw it first hand at 12 for Jesse. Only now, do I hear how awful it was for them. I never realized how the abuse of being called a "druggie" a "loser" would penetrate his being as much as it did. I only know now how much it affected me. Now I am again affected by her - Jesse's wife and 2 children are there. Because of this situation lots of truths need to be told!

I love Jesse immensely - I am proud so proud of his accomplishments - to go from being thrown onto a bus out of a Salvation Army detention center in Rochester (1 way ticket) to New York City - Jesse

was in detention center as a step out from prison sentence for drugs. some 10 years ago. On his own he found a faith to believe in - to educate himself - from undergraduate at Metropolitan University in New York - to graduate school at Columbia. He found a wife - and 2 children - And best of all - to be in Morocco - miles away from his mother - to teach and write - To be heard -

Jesse in total is all good - He does not deserve to suffer more days in believing he is a loser - Please read his writing. He writes truth - His anger comes from his own pain - Does he want the creators of South Park to be killed - absolutely not - Jesse wants no one to have anything less equal to anyone else - Because of his life - his foundation - he has chosen a faith that is directly different than the typical American culture "faith" - religion - I believe Jesse would have embraced the American Indian in the 1800's - the Black American in the 1900's. I ask you to please let Jesse defend himself - legal suicide - maybe I have no doubt Jesse has no legal help - Now, again, Jesse is pictured as the evil one.

"Jihad Joe" as I have seen on the internet. Not the truth at all - please let Jesse tell it - Your honor no one that I know or have read - in some time - feels the pain in the human condition - that Jesse does. That is why he speaks out for the Afghan and Iraq people - they are people - and no one else here does - He does as he also feels their pain - people pain not American.

Thank you
George Morton
505 Beaver Road
Selinsgrove, Pennsylvania
17870

04-24-2012

From: Helen Fetzer

To: Judge Liam O'Grady

Dear Judge Liam O'grady,

My name is Helen Fetzer and I am Jesse Morton's Grandmother. I am a widow aged 82 from Pennsylvania. I have 5 grandchildren. Jesse was always my special grandchild. I'm honored today to speak about Jesse's character and I pray you will take this letter into account when making your decision sentencing my beloved grandchild.

Jesse has always been kind, caring and generous with others. Despite his busy life in New York, Jesse was the only grandchild that always called and asked about me. He even promised me that he would never let me go to the nursing home and that he and his wife will take care of me until I meet my lord.

All these past years, I witnessed Jesse growing and developing in a very positive way, He did experience some challenges growing up as a typical teenager, which was mainly caused by the painful childhood that Jesse lived which was caused by his mother. Yes, my daughter, I tried to deny this reality but the truth has to be said. Jesse lived in a very dysfunctional family and he was victimized and domestically abused by his parent. I always saw bite marks all over his body, He run to me many times complaining about the abuse from his mother. The only time Jesse was able to live in peace was when he moved by himself. He got his life back together. Those challenges that he had in the past turned to play a major role helping him help others when he worked as a social worker. Jesse enjoyed and felt proud every time his clients overstepped the challenges and showed improvement.

Jesse's achievement was successful because Jesse had a strong sense of duty, commitment, intelligence, compassion and bravery, which he also too his education, job, family and his belief.

Jesse went to Metropolitan college in New York and was valedictorian, I went to his graduation and I was so proud of him. He later went to Columbia University and I promised him that I was going to invest some money toward his tuition as he struggled and saved all his money to pay for his school. I was so proud to help him getting his master's and seeing my grandchild succeeding.

In December 2010, I and his mother flew to Morocco to visit him and his little family as his wife gave birth to another precious little boy. We were received kindly and we had

a great time in Morocco. Jesse was happy and excited about his new life in Morocco. Alas, that was the last time I held my grandchild around my arms, today I'm writing you this letter, and I doubt it if I can live enough to hold him again. But one thing that I don't doubt is that Jesse had a great deal of integrity and humanity. He always strives to make sure he is doing the right thing and that the whole world lives in peace and liberty.

My grandchild never was violent, nor was he a terrorist. He is against the war and so am I and many Americans people. I and my husband worked tooth and nail in this country, we accomplished our duty as good American citizens toward our nation and we retired in our 60's. We believed America to be the land of democracy and freedom of expression. I'm kindly hoping that you can bring justice on my grandchild's case and not punish him for something this country stands for which is freedom of expression.

It may be difficult for you to make decisions on my grandchild's case when you don't actually know the person standing in front of you, but I hope you consider my letter and the other family letters and understand that Jesse is far from being a wicked man and surely he is a man of dignity and bravery.

My grandchild Jesse has two little boys and a wife waiting for him every day, I would appreciate if you send back to his home to his family as soon as possible. I believe that there is still fair justice in this land. I will be forever grateful for your merciful sentencing decision toward my grandchild. Please feel free to contact me at (570)374-8772. Thank you for taking your time reading my letter.

Judge Liam O'Grady may the lord bless you and your family.

Sincerely,

Helen Fetzer

*Helen Fetzer*

May 14th, 2012

To Whom It May Concern:

I have known Jesse Morton a year ago where I met him in AMIDEAST "an American non-profit organization engaged in international education, training and development activities in the Middle East and North Africa". He used to be my professor for the GMAT preparation classes, which I took last year in order to prepare for the access to one of the prestigious universities in the US.

To be honest, I can only say that Jesse was a special teacher. At the beginning of the courses, we had a different teacher who was extremely careless about the class. When we have talked to the administration, they have then brought Jesse to teach the class. Frankly, they couldn't have brought a better teacher. Jesse was simply the best to teach the course.

Jesse is organized, efficient, extremely competent, and has an excellent rapport with people of all ages. His communication skills, both written and verbal, are excellent. He is also a very humble person who shows high level of humility, who feels happy when helping people.

Despite the huge workload that he has both in teaching different classes in AMEADEST, and also the time that he spends preparing for his academic economical journals; Yet, He has never come unprepared to the class, on the contrary, we were learning everyday something new with him.

In summary, I can clearly say that Jesse would l be a valuable asset for any country who values great minds.

If you have any questions, please do not hesitate to contact me at abdessamad.mardi@gmail.com

Sincerely,

Abdessamad

Rodney Shakespeare
Binary Economist, Barrister

Dear Judge Liam O'Grady,

I saw Jesse Morton speaking on a television program and, for the first time in my life (I am now seventy three and live in the UK), decided to make direct contact with somebody seen on television. This was because it was apparent that Jesse Morton not only upheld markets and private property for everybody but also had a strong sense of social and economic justice. His analysis was lucid and his solution very akin to that of binary economics (www.binaryeconomics.net).

My decision to contact Jesse Morton was the more remarkable because he is a Muslim but I am not (being a member of the Christian Council for Monetary Justice). Since then we have been in frequent contact and I asked him to submit a paper for a major conference in Kuala Lumpur, Malaysia. The paper delighted me and the conference organizers who accepted the paper and invited him to speak. Alas, his arrest prevented him from giving what I believe would have been one of the great seminal papers for a world needing new thinking and, in particular, co-operation between the faiths. The paper upholds true markets, private property and social and economic justice; has not a trace of violence; and seeks to spread economic power to everybody in society. More than anything I know, it provides a practical way forward for people of faith, and of good faith, to co-operate with each other.

It should be said that I have not met Jesse Morton in person but have followed some of his activities via the internet noting that he is intellectually fearless, a most effective public speaker and, completely unlike other Islamic 'radicals', embraces analysis and policy that is profoundly democratic, practical and peaceful.

In particular, Jesse Morton exhibits qualities indicating that he will become a major Islamic leader and it is crucial to good relations between the West and Islam that there develop (via people such as Jesse Morton) Islamic thinking which is truly democratic and not, unlike much of the thinking of Islamic hotheads, imbued by concepts of authoritarianism, bigotry and violence. Indeed, I have no doubt that Jesse Morton has many enemies among Islamic radicals precisely because he is NOT imbued by authoritarianism, bigotry and violence.

I do not know the details of the case against Jesse Morton and so do not comment. However, it can be said that if the USA wishes to cultivate a future leader of a genuinely moderate Islam who deeply embraces democracy and wishes to forward markets and private property, I suggest that it could be wise to minimise any punitive sentence and then help him in every way in his work.

Thank you for reading this.

Rodney Shakespeare, MA Cantabridge;
Barrister (Middle Temple);
Visiting Professor of Binary Economics, Trisakti University, Jakarta, Indonesia.