Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF VIRGINIA



U.S.A. vs <u>Jesse Curtis Morton</u>                 Docket No. <u>1:12CR00035-001</u>

### Petition on Supervised Release

COMES NOW <u>RAYMOND M. HESS</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Jesse Curtis Morton</u>, who was placed on supervision by the Honorable Liam O'Grady, United States District Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>22nd</u> day of <u>June</u>, <u>2012</u>, who fixed the period of supervision at <u>three (3) years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows

### See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**See Attachment(s)**

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** _January 31, 2017 @ 10:00 A.M. -JFA_

### ORDER OF COURT

Considered and ordered this _11th_ day of _Jan._, 2016, and ordered filed and made a part of the records in the above case.

_____
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/5/17_

_____
Raymond M. Hess
Senior U.S. Probation Officer
703-366-2118

Place Manassas, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
**Page 2**
**RE: MORTON, Jesse Curtis**

OFFENSE: Count 1: Conspiracy, in violation of Title 18, U.S.C., Section 371; Count 2: Communicating Threats, in violation of Title 18, U.S.C., Section 875(c) and 2; and Count 3: Using the Internet to Place Another in Fear of Death or Serious Injury, in violation of Title 18, U.S.C., Section 2261A(2)(B) and 2.

SENTENCE: On June 22, 2012, the defendant was sentenced to a total term of one hundred thirty eight (138) months imprisonment, which consisted of sixty (60) months as to Counts 1 and 2, and eighteen (18) months as to Count 3, all to run consecutively, with credit for time served in United States custody. Upon release from incarceration the defendant shall serve three (3) years of supervised release, with a special condition that the defendant shall comply with the requirements of the computer monitoring program as administered by the probation officer. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant. The Court further ordered that the defendant pay a $300.00 special assessment fee ($100.00 per each count) due and payable immediately.

The defendant was released from the Bureau of Prisons on February 27, 2015, to the Eastern District of Virginia to begin his supervised release. His expiration date is February 26, 2018.

On March 17, 2016, a Violation Report/No Court Action Recommended was submitted to the Court, reporting that the defendant was arrested for Assault on a Family Member in Fairfax County, and that he also tested positive for marijuana. On March 18, 2016, Your Honor approved that no action be taken against the defendant. The defendant's treatment sessions at mental health and drug treatment were increased, and he was placed on Phase 1 drug testing. Ultimately, the charge of Assault on a Family Member was dismissed on April 28, 2016, by the Fairfax County Juvenile and Domestic Relations Court.

The defendant has been attending treatment at the Community Service Board, and has been fully compliant with all treatment directives. The defendant has also appeared for all drug tests which have returned negative for illegal drugs.

The defendant currently resides alone in Springfield, Virginia, and is employed full time at George Washington University, with the Program on Extremism. According to the defendant's employer however, due to his alleged involvement in the offense below, his employment with this program is in jeopardy.

VIOLATIONS: The following violation is submitted for the Court's consideration.

| | |
|---|---|
| **MANDATORY CONDITION:** | **"THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."** |

According to police reports, the defendant responded to a "Backpage" Ad for prostitution. He arrived at a local hotel, room 15, which was the prearranged location for the meeting. When he knocked at the door, the defendant was arrested by the Fairfax County Police Department. A subsequent search of the defendant revealed 11 bags of cocaine, located inside a box of Marlboro Cigarettes, and a glass pipe with burnt residue

**Petition on Supervised Release**
**Page 3**
**RE: MORTON, Jesse Curtis**

in it.  A search of the defendant's vehicle revealed another smoking device used for crack cocaine, $965 in cash and a container with an unknown substance in it.  He was arrested and booked on the following charges: 1)Possession with Intent to Deliver Cocaine, and 2)Prostitution Offenses (Assisting or Promoting).

The defendant appeared before Fairfax General District Court on January 3, 2017, on charges of Manufacturing a Controlled Substance (GC16274127-00) and Reside in Bawdy Place, (GC16274129-00). The defendant was released on bond on this date and has a Preliminary Court Hearing scheduled for April 19, 2017.

RMH/lmg