# UNITED STATES DISTRICT COURT
## FOR
## THE EASTERN DISTRICT OF VIRGINIA

**U.S.A. vs. Jesse Curtis Morton**                    Docket No. **1:12CR0035-001**

### Addendum to
### Petition on Supervised Release
### Filed on January 5, 2017

On January 5, 2017, the probation office filed a petition alleging that the defendant committed new offenses of Manufacturing a Controlled Substance (GC16274127-00) and Reside in Bawdy Place, (GC16274129-00).

On January 25, 2017, the probation office filed an Addendum to Petition alleging that the defendant missed several scheduled appointments with this officer and he missed multiple drug tests.

A hearing is schedule before the Honorable John Anderson, United States Magistrate Judge for the Eastern District of Virginia on January 31, 2017.

The following additional violation is submitted for the Court's consideration:

STANDARD CONDITION #7:         **"THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY PHYSICIAN."**

On January 27, 2017, the defendant appeared for his scheduled office visit as directed. At that time, the defendant was tested for illegal drugs. Prior to this test, this officer asked the defendant if he has used drugs since his last test. The defendant denied using drug, stating he has not used since his arrest on January 3, 2017. Later that day, the test returned positive for cocaine.

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this _30_ day of _January_ 2017, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_/s/_
_____
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/30/17_____

_____
for Raymond M. Hess
Sr. U.S. Probation Officer
(703) 366-2118

Place **Manassas, Virginia**

RMH/lmg