Prob 12 (10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA


FILED
SEP 1 3 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs Jesse Curtis Morton          Docket No. 1:12CR00035-001

### Petition on Supervised Release

COMES NOW RAYMOND M. HESS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jesse Curtis Morton, who was placed on supervision by the Honorable Liam O'Grady, United States District Judge, sitting in the Court at Alexandria, Virginia, on the 22nd day of June, 2012, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows

### See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: Tuesday, October 10, 2017 @ 10:00 A.M. - TDD

### ORDER OF COURT

Considered and ordered this 13th day of Sept, 2017, and ordered filed and made a part of the records in the above case.

_____
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/12/17

_____
Raymond M. Hess
Senior U.S. Probation Officer
703-366-2118

Place Manassas, Virginia

**TO CLERK'S OFFICE**

OFFENSE: Count 1: Conspiracy, in violation of Title 18, U.S.C., Section 371; Count 2: Communicating Threats, in violation of Title 18, U.S.C., Section 875(c) and 2; and Count 3: Using the Internet to Place Another in Fear of Death or Serious Injury, in violation of Title 18, U.S.C., Section 2261A(2)(B) and 2.

SENTENCE: On June 22, 2012, the defendant was sentenced to a total term of one hundred thirty eight (138) months imprisonment, which consisted of sixty (60) months as to Counts 1 and 2, and eighteen (18) months as to Count 3, all to run consecutively, with credit for time served in United States custody. Upon release from incarceration the defendant shall serve three (3) years of supervised release, with a special condition that the defendant shall comply with the requirements of the computer monitoring program as administered by the probation officer. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant. The Court further ordered that the defendant pay a $300.00 special assessment fee ($100.00 per each count) due and payable immediately.

The defendant was released from the Bureau of Prisons on February 27, 2015, to the Eastern District of Virginia to begin his supervised release.

On March 17, 2016, a Violation Report/No Court Action Recommended was submitted to the Court, reporting that the defendant was arrested for Assault on a Family Member in Fairfax County, and that he also tested positive for marijuana. On March 18, 2016, Your Honor approved that no action be taken against the defendant. The defendant's treatment sessions at mental health and drug treatment were increased, and he was placed on Phase 1 drug testing. Ultimately, the charge of Assault on a Family Member was dismissed on April 28, 2016, by the Fairfax County Juvenile and Domestic Relations Court.

On January 5, 2017, the Probation Office filed a Petition alleging that the defendant committed new offenses of Manufacturing a Controlled Substance (GC16274127-00) and Reside in Bawdy Place, (GC16274129-00). It was alleged that the defendant was arrested by the Fairfax County Police Department when he responded to a "Backpage" Ad for prostitution. A subsequent search of the defendant revealed 11 bags of cocaine located inside a box of Marlboro Cigarettes, and a glass pipe with burnt residue in it. A search of the defendant's vehicle revealed another smoking device used for crack cocaine, $965 in cash and a container with an unknown substance in it.

On January 25, 2017, the Probation Office filed an Addendum to Petition alleging that the defendant missed several scheduled appointments with this officer and he missed multiple drug tests. The defendant also admitted at that time that he was on a cocaine binge during the time of his arrest.

On January 30, 2017, the probation office filed a second Addendum to Petition alleging that the defendant tested positive for cocaine. This test was submitted during an office visit on January 27, 2017, during which time he denied using illegal drugs since his arrest for the above offense.

On February 3, 2017, the defendant appeared before Your Honor for a Violation Hearing. On that date he was sentenced to serve 90 days in BOP with credit for time served to be followed by two years supervised

release. The Court further ordered that as a special condition of his supervised release that he enter and complete inpatient drug and alcohol testing and treatment as directed, with all other special conditions to remain the same.

The defendant was released from BOP on April 21, 2017, to commence supervised release in the Eastern District of Virginia. The defendant completed inpatient treatment on May 26, 2017. The defendant's expiration date is April 20, 2019.

The defendant is currently receiving substance abuse and mental health treatment with Dr. James Gordon on a weekly basis. He is employed with the local union and lives with his girlfriend in Arlington, Virginia.

VIOLATIONS: The following violation is submitted for the Court's consideration.

**STANDARD CONDITION #7:** "THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN."

On August 23, 2017 and September 5, 2017, the defendant submitted samples for drug testing as directed. These samples subsequently tested positive for marijuana.

On September 7, 2017, this officer met with the defendant to confront him for the above tests. He admitted to using marijuana before and after the August 23rd test. He stated he was feeling stressed and needed relief.

RMH/lmg