# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Jesse Curtis Morton<br>*Defendant* | )<br>)<br>) Case No. 1:12-cr-35<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States Attorney's Office-Eastern District of Virginia.

Date: 09/26/2017

/s/ Michael Songer, SAUSA
*Attorney's signature*

Michael J. Songer  DC Bar 975029
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Michael.Songer2@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

*FAX number*