UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA


FILED
OCT 26 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Jesse Curtis Morton          Docket No. 1:12CR0035-001

## Addendum to
## Petition on Supervised Release
## Filed on September 12, 2017

The following additional violation is submitted for the Court's consideration:

**STANDARD CONDITION #7:** "THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY PHYSICIAN."

On October 25, 2017, the defendant appeared for a drug test as directed. On that same date this test came back positive for marijuana. This test has not been confirmed as of this date.

### ORDER OF COURT

Considered and ordered this 26 day of Oct, 2017, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/26/17

Raymond M. Hess
Sr. U.S. Probation Officer
(703) 366-2118

Place Manassas, Virginia

RMH/lmg