AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:12-cr-35 |
| | ) | |
| Jesse Curtis Morton | ) | |
| *Defendant* | | |

FILED JAN 2 3 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

RECEIVED UNITED STATES MARSHAL 2018 JAN 22 AM 9:31 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jesse Curtis Morton ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 01/19/2018

*Issuing officer's signature*

City and state: Alexandria, VA

Lynnelle Creek – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/22/18 , and the person was arrested on *(date)* 1/23/18
at *(city and state)* Alexandria ADC

Date: 1/23/18

*Arresting officer's signature*

P. Thompson PA5
*Printed name and title*