UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

UNITED STATES OF AMERICA

HEARING: R5/SRV   CASE #: 12CR35

-VS-

DATE: 1/23/18   TIME: 2:00 pm

TYPE: <u>FTR RECORDER</u>   DEPUTY CLERK: <u>T. FITZGERALD</u>

Jesse Morton

COUNSEL FOR THE UNITED STATES: M. Songer

COUNSEL FOR THE DEFENDANT: J. Hundley

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:  ( X ) WITH COUNSEL   (   ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____   (   ) DFT. TO RETAIN COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   )DFT. DENIES VIOLATION   (   )COURT FINDS DFT. IN VIOLATION

MINUTES: Deft. denies PC at this time and argues for release pending next hearing - DENIED.

CONDITIONS OF RELEASE:
($       ) UNSECURED ($       ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH
TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 1/26/18 at 2:00pm Before TCB
(   ) DH ( X ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV ( X ) SRV (   ) R5