IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-CR-35 |
| | ) | |
| JESSE CURTIS MORTON, | ) | The Honorable Theresa Carroll Buchanan |
| | ) | |
| Defendant. | ) | Hearing: January 26, 2018, 2:00 p.m. |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
## MOTION TO SET CONDITIONS OF RELEASE

The defendant, Jesse Curtis Morton, by counsel, submits the following attachment to supplement his previously filed Memorandum in Support of Motion to Set Conditions of Release. The attachment contains screenshots of text messages between Maria Gonzalez and her former roommate which are referenced in the second page of Ms. Gonzalez's letter to the Court (previously filed as an attachment to Mr. Morton's initial support memorandum).

                                                                                         Respectfully submitted,

                                                                                         JESSE CURTIS MORTON
                                                                                         By Counsel

_____/s/_____
James W. Hundley, VSB # 30723
BRIGLIAHUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
703-883-0880
703-883-0899 (fax)
jhundley@brigliahundley.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25$^h$ day of January, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notice of said filing (NEF) to the following:

>Michael Songer
>Special Assistant United States Attorney
>2100 Jamieson Avenue
>Alexandria, VA 22314
>michael.songer2@usdoj.gov
>
>*Counsel for the United States*

/s/<br>James W. Hundley