

**UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF VIRGINIA**

U.S.A. vs. <u>Jesse Curtis Morton</u>　　　　　　　　　　Docket No. <u>1:12CR00035-001</u>

**Addendum to
Petition on Supervised Release
Filed on October 5, 2017**

The following additional violation is submitted for the Court's consideration:

**STANDARD CONDITION #11:** "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER."

On December 21, 2017, the defendant was charged with Grand Larceny by the Fairfax County Police Department. A warrant was issued for his arrest shortly thereafter. On January 11, 2018, the defendant was arrested on this warrant after the Arlington Police Department investigated the defendant for an unrelated domestic incident.

This officer met with the defendant on two separate occasions between the offense date (December 21, 2018) and his arrest date (January 11, 2018). The defendant failed to notify this officer of the incident on December 21, 2017. The defendant was aware that he was being investigated for this charge because the defendant called the arresting police officer on December 22, 2018, inquiring about the pending charges. This message was recorded and is in the possession of the probation office.

**ORDER OF COURT**

Considered and ordered this 25 day of Jan, 2018, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_____
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/25/18

_____
Raymond M. Hess
Sr. U.S. Probation Officer
(703) 366-2118

Place <u>Manassas, Virginia</u>

RMH/lmg