# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:12-cr-35 |
| v. ) | |
| ) | The Honorable Liam O'Grady |
| JESSE CURTIS MORTON, ) | |
| ) | Hearing: February 2, 2018 |
| *Defendant*. ) | |

## JOINT MOTION TO CONTINUE SUPERVISED RELEASE HEARING

The United States and Defendant Jesse Morton respectfully ask the Court to continue the hearing on supervised release violations that is currently scheduled before this Court on Friday, February 2, at 9:00 a.m.

Defendant is alleged to have violated the terms of his release by: (1) committing a new crime – grand larceny – in Fairfax County, Virginia; and (2) failing to notify his probation officer after being contacted by law enforcement. *See* Petition and Amended Petition, ECF Nos. 81 and 90. Defendant contested the basis for both violations at a preliminary hearing held on January 26, 2018, and plans to do so again at the hearing scheduled before this Court on February 2. The United States is prepared to present evidence at the February 2 hearing to prove Defendant's violations. However, the parties believe it is in the interests of justice and judicial efficiency to continue the proceedings until after Defendant's March 19, 2018, hearing in Fairfax County on the grand larceny charge. Doing so may allow for resolution of Defendant's underlying charge, obviating the need to present evidence to this Court.

Counsel for the United States and Defendant are available on the two Fridays immediately following Defendant's Fairfax County hearing (March 23 and 30). The parties therefore respectfully ask the Court to continue Defendant's supervised release hearing until one of these dates, or to another date after March 19 that is convenient for the Court.

                                                Respectfully submitted,

                                                Tracy Doherty-McCormick
                                                Acting United States Attorney

Dated: January 29, 2018        By:       /s/
                                                Michael J. Songer
                                                Special Assistant United States Attorney
                                                United States Attorney's Office
                                                Eastern District of Virginia
                                                2100 Jamieson Avenue
                                                Alexandria, Virginia 22314
                                                Phone: (703) 299-3700
                                                Fax: (703) 299-3980
                                                E-mail: Michael.Songer2 @usdoj.gov

James W. Hundley, VSB # 30723
BRIGLIAHUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
703-883-0880
703-883-0899 (fax)
jhundley@brigliahundley.com

Counsel for Defendant Jesse Morton

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2018, I caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

I further hereby certify that on the 29th day of January, 2018, I emailed a copy of the foregoing to the U.S. Probation Office assigned to this matter:

    Raymond Hess
    U.S. Probation Officer
    Eastern District of Virginia

By:     /s/
    Michael J. Songer
    Special Assistant United States Attorney
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: (703) 299-3700
    Fax: (703) 299-3980
    E-mail: Michael.Songer2@usdoj.gov