IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12cr35 |
| | ) | |
| JESSE CURTIS MORTON | ) | |
| | ) | |
| Defendant | ) | |

ORDER

Upon joint motion of the parties to continue the supervised release hearing (Dkt. 93) for the reasons set forth therein, and for good cause shown, it is accordingly

**ORDERED** that the hearing on the Petition on Supervised Release (Dkts. 81 and 90) is continued to March 30, 2018 at 9:00 a.m.

Alexandria, Virginia
January 30, 2018

/s/
Liam O'Grady
United States District Judge