# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>JESSE CURTIS MORTON<br>*Defendant* | )<br>)<br>) Case No. 1:12-cr-35<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 03/16/2018

/s/ William G. Clayman
*Attorney's signature*

William G. Clayman - USAO
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

william.g.clayman@usdoj.gov
*E-mail address*

(703) 299-3744
*Telephone number*

(703) 299-3980
*FAX number*