# UNITED STATES DISTRICT COURT
## FOR
## THE EASTERN DISTRICT OF VIRGINIA

**U.S.A. vs. <u>Jesse Curtis Morton</u>**                    Docket No. <u>1:12CR00035-001</u>

**Addendum to
Petition on Supervised Release
Filed on January 19, 2018**

F I L E D

MAR 0 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

The following additional violation is submitted for the Court's consideration:

**STANDARD CONDITION #1:**   **"THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT PERMISSION OF THE COURT OR PROBATION OFFICER."**

On March 8, 2018, the defendant requested permission to visit his sister in Kingston, New York from March 11 to March 14. He stated she was ill and he wanted to see her. Permission was granted at that time and the defendant traveled as per the request.

On March 12, 2018, an officer with the United States Customs and Border Patrol called this officer and reported that on this, date the defendant was stopped at Roufes Point, New York in attempt to gain entry in Canada. During the interview with the defendant, the officer asked why he was entering Canada. The defendant stated he was attending a conference on terrorism that he was invited to. The defendant was later turned away at the border due to his criminal record, and sent back to the United States.

It should be noted that the defendant never intended to see his sister at least initially as he traveled directly to Canada from northern Virginia. Kingston, New York is 250 miles east of his point of entry to Canada.

**STANDARD CONDITION #3:**   **"THE DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER."**

On March 20, 2018, this officer met with the defendant about the trip. The defendant reported he visited his sister from March 11 to March 18. He did not mention his attempt to travel to Canada until this officer confronted the defendant about it.

**STANDARD CONDITION #11:**   **"THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER."**

The defendant failed to notify this officer of his contact with US Customs and Border Patrol. When the defendant met with this officer on March 20, 2018, the defendant admitted to having contact with the officer only after being confronted.

### ORDER OF COURT

Considered and ordered this 30ᵗʰ day of March, 2018, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

_____
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____3/22/18_____

_____
Raymond M. Hess
Sr. U.S. Probation Officer
(703) 366-2118

Place <u>Manassas, Virginia</u>

RMH/lmg