IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-CR-35 |
| | ) | |
| JESSE CURTIS MORTON, | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendant. | ) | Hearing: April 13, 2018, 2:00 p.m. |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
DEFENDANT'S POSITION ON SUPERVISED RELEASE VIOLATIONS**

The defendant, Jesse Curtis Morton, by counsel, submits the following letter from Mr. Morton's treating psychiatrist, Dr. James Gordon, to supplement his previously filed Position on Supervised Release Violations.

                                                                        Respectfully submitted,

                                                                         JESSE CURTIS MORTON
                                                                         By Counsel

_____/s/_____
James W. Hundley, VSB # 30723
BRIGLIAHUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
703-883-0880
703-883-0899 (fax)
jhundley@brigliahundley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11$^h$ day of April, 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notice of said filing (NEF) to the following:

>William Clayman
>Special Assistant United States Attorney
>2100 Jamieson Avenue
>Alexandria, VA 22314
>William.g.clayman@usdoj.gov

*Counsel for the United States*

/s/
James W. Hundley