April 10, 2018

To whom it may concern:

I am writing to you about my patient, Jesse Morton. Jesse continues to engage actively and enthusiastically in his treatment. He comes to his appointments on time and continues to participate actively in looking at areas of concern. These include substance abuse, anxiety, depression, mood swings, and the residue of early and more recent psychological trauma. Jesse continues to look honestly at his psychological challenges and to make good progress.

After the recent allegations of alcohol use and domestic disputes were brought to my attention, I included Maria, his significant other, in several sessions. While the allegations took their toll on each of them, they seem to be working through the stress and anxiety provoked by the allegations. We have discussed the difficulties with intimacy and trust in their relationship, and how Jesse's history of trauma makes him fearful and suspicious.

In spite of these challenges, Jesse and Maria are building a healthy and mutually beneficial relationship. Maria's active participation in therapy sessions and obvious commitment to him has helped Jesse understand that he is not alone and that the two of them can work together to deal with issues that may arise. Their joint participation has also helped Jesse to more regularly include stress management techniques in his program of self-care.

Jesse continues to face some challenges. He can be impulsive and his mood oscillates easily. He is however committed to a more balanced lifestyle - combining work at manual labor with intellectual pursuits. I actively encourage him to maintain this balance and believe that he will, in time, do very meaningful work both in writing about extremism and in counseling those who wish to renounce it. I plan to continue to see him regularly and remain hopeful about his progress.

If you have any additional questions, please feel free to contact me.

Sincerely yours,

James S. Gordon, M.D.